Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINE LAZZELL,<br><br>　　　　　Defendant. | NO. CR04-5084BHS<br><br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Based on the Application brought by the government:

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum be issued to the Sheriff or Jailor of King County Correctional Facility, 500 5th Ave., Seattle WA 98104 to produce the above-named defendant to the United States Courthouse 1717 Pacific Avenue, Tacoma, Washington, at 11:00 a.m., on December 15, 2025.

DATED this 5th day of December, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Order for Writ of Habeas Corpus - 1
*United States v. Lazzell*, CR04-5084BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800